**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **GARY LE RICKY MYERS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **CASE NO. 7:08-CR-29 (HL)** |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 35) filed March 23, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 19th day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**